Robert G. Wing (4445)
Jennifer R. Korb (9147)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: rwing@rqn.com
Email: jkorb@rqn.com

*Attorneys for Receiver Gil A. Miller*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GIL A. MILLER, as Receiver for IMPACT PAYMENT SYSTEMS, LLC, and IMPACT CASH, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SUMMIT POINT FINANCIAL, LLC, a Utah limited liability company,<br><br>Defendant. | **ORDER GRANTING RECEIVER'S MOTION FOR DEFAULT JUDGMENT**<br><br>**(Ancillary Suit)**<br><br>Civil No. 1:12-cv-00046<br><br>Judge David Nuffer DN |

Having duly considered the Receiver's Motion for Default Judgment against the Defendant Summit Point Financial, LLC, the accompanying memorandum, and for good cause appearing,

IT IS HEREBY ORDERED that the Receiver's Motion for Entry of Default Judgment[1] against the Defendant is GRANTED;

---

[1] Docket no. 9, filed June 6, 2014.

DEFAULT JUDGMENT IS HEREBY ENTERED against Defendant Summit Point Financial, LLC in the total amount of $16,551.00.

This amount shall bear interest at the statutory post-judgment rate pursuant to 28 U.S.C. §§ 1961(a) and 1961(b).  This judgment shall be augmented to include reasonable post-judgment attorney's fees and costs incurred by plaintiff in collecting the judgment, as established by affidavit of counsel upon notice to the Defendant.

DATED this 11th day of June, 2014.

_____
DAVID NUFFER
DISTRICT COURT JUDGE